**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-22780-GAYLES/TORRES**

**MARIE ROSENA GILLES-JEAN,**

     **Plaintiff,**

**v.**

**ROYAL CARIBBEAN CRUISES, LTD.,**

     **Defendant.**

_____/

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on Defendant Royal Caribbean Cruises, Ltd.'s ("Defendant") Amended Motion for Summary Judgment (the "Motion"). [ECF No. 117]. On April 17, 2023, the Court referred the case to Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, non-dispositive matters and a Report and Recommendation on all dispositive matters. [ECF No. 51]. On May 11, 2026, Judge Torres issued his Report and Recommendation (the "Report"), recommending that the Motion be denied. [ECF No. 126]. Defendant timely objected to the Report. [ECF No. 139].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that the Motion should be denied.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 126], is **ADOPTED** in full.

(2)     Defendant Royal Caribbean Cruises, Ltd.'s Amended Motion for Summary Judgment, [ECF No. 117], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of June, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE